874

Clarence Landon, d/b/a Upstairs Lounge, Plaintiff-Appellant, *v.* The Liquor Control Commission, Defendant-Appellee.

(No. 57999;

First District (3rd Division)—November 8, 1973.

Opinion by Mr. JUSTICE McNAMARA.

Mullin and Devine, of Chicago, for appellant.

William J. Scott, Attorney General, of Chicago, (Paul J. Bargiel and A. Zola Groves, Assistant Attorneys General, of counsel,) for appellee.

VINCENT DOSS, Plaintiff-Appellee, v. FIELD ENTERPRISES, INC., Defendant-Appellant.

(No. 58481;

First District (3rd Division)—November 8, 1973.